IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>SALVADORA YAMILETH MARROQUN REYES, *et al.*<br><br>*Defendants.* | CIVIL ACTION<br>No. 17-05107 |

## ORDER

**AND NOW**, this 16th day of July, 2018, upon consideration of Plaintiffs' Motion for Default Judgment, (ECF No. 6), it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part. Judgment is entered for the Plaintiffs and against Y & F Campos Construction and Francisco Campos for $11,808.19, in the following amounts:

1. $3,063.46 in unpaid contributions;

2. $93.14 in accrued interest on the unpaid contributions;

3. $306.35 in liquidated damages on the unpaid contributions;

4. $250.00 in audit costs; and

5. $8,095.24 in attorneys' fees and costs.

It is further **ORDERED** that within 30 days from the date of this Order, the Defendants shall allow Plaintiffs to conduct an audit to determine any outstanding amounts owed. The audit shall include any and all records relevant to determining the Company's obligations under the CBA, including records pertaining to hours worked, compensation, and money withheld from employees for taxes.

BY THE COURT:

<u>/s/ *Gerald J. Pappert*     </u>
GERALD J. PAPPERT, J.